# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: Alternative Service of KVAR's
Rule 45 Subpoena on Gregory G. Taylor,                    Case No.  6:10-mc-127-Orl-18DAB

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

> **MOTION:**   **MOTION FOR RECONSIDERATION OF KVAR'S MOTION FOR ALTERNATIVE SERVICE OF KVAR'S RULE 45 SUBPOENA ON DEFENDANT GREGORY G. TAYLOR (Doc. No. 5)**
>
> **FILED:**   **December 6, 2010**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On November 12, 2010, Plaintiff filed a Motion for Alternative Service of KVAR's

Rule 45 Subpoena on Defendant Gregory G. Taylor.  Doc. 1.  On November 16, 2010, Movant was

directed to provide a copy of the Order requiring a response to all interested parties and to file a

certificate detailing its efforts in that regard.  When Movant failed to file the certificate the motion

was **DENIED** without prejudice on December 3, 2010.

On December 6, 2010, Movant filed a Motion for Reconsideration, explaining that the notice

had been timely served (see Doc. 4), but counsel had inadvertently neglected to file a certification,

which has now been filed.  In light of the Notice, and there having been filed no timely opposition to

the original motion, the Motion for Reconsideration of KVAR's Motion for Alternative Service of KVAR's Rule 45 Subpoena on Defendant Gregory G. Taylor (Doc. No. 5) is **GRANTED**.

It is **ORDERED** that KVAR is permitted to serve Mr. Taylor in one or more of the following ways: (1) delivering the subpoena to Mr. Taylor's attorney, Judith Lane, Esquire of Halifax Law Group; (2) posting the subpoena on the front gate of Mr. Taylor's residence located at 260 Volusian Forest Trail, Pierson, F132180; and/or (3) delivering the subpoena via certified mail, return receipt requested and via first class U.S. mail to Mr. Taylor's residence located at 260 Volusian Forest Trail, Pierson, Florida 32180.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2010.

*David A. Baker*
 
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record